CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

SAMUEL L. PHILLIPS (SBN: 127793)
sphillips@bortonpetrini.com
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, California 95113-2301
Telephone: (408) 535-0870
Facsimile: (408) 535-0878

EDWARD J. MORALES (SBN: 176062)
emorales@bortonpetrini.com
BORTON PETRINI, LLP
626 Wilshire Boulevard, Suite 975
Los Angeles, CA 90017
Telephone: (213) 624-2869
Facsimile: (213) 489-3930

Attorneys for Defendants
Jabberwocky, Ltd., Gary Graumann and Fry's Electronics, Inc.

**DENIED**

Judge Edward J. Davila

12/4/2017

This stipulation is denied without prejudice. The parties may refile the stipulation with the correct caption.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JABBERWOCKY, LTD., a California Limited Partnership; GARY GRAUMANN; FRY'S ELECTRONICS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:17-CV-01769-SJO-AFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal 　　　Case: 2:17-CV-01769-SJO-AFM

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                         CENTER FOR DISABILITY ACCESS

By: _____
      Phyl Grace
      Attorneys for Plaintiff

Dated:                         BORTON PETRINI, LLP

By: _____
      Samuel L. Phillips
      Edward J. Morales
      Attorneys for Defendants
      Jabberwocky, Ltd., Gary Graumann
      and Fry's Electronics, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Samuel L. Phillips, counsel for Jabberwocky, Ltd., Gary Graumann and Fry's Electronics, Inc., and that I have obtained Mr. Phillips's authorization to affix his electronic signature to this document.

Dated:                        CENTER FOR DISABILITY ACCESS

                                  By: _____
                                       Phyl Grace
                                       Attorneys for Plaintiff