CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Teresa Allen, SBN 264865
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

NANCY M. BATTEL (SBN: 126548)
nancy@battelaw.com
COUNSELOR OF LAW
1101 Westwood Drive, Suite B
San Jose, California 95125
Telephone: (408) 723-2946
Facsimile: (408) 723-4856
Attorney for Defendants
Hyun Kyo Park and Kyung Sook Park

**GRANTED**
Judge Edward J. Davila
12/4/2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>HYUN KYO PARK, in individual and representative capacity as trustee;<br>KYUNG SOOK PARK, in individual and representative capacity as trustee; and Does 1-10,<br><br>Defendants. | Case: 5:16-CV-07196-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal          Case: 5:16-CV-07196-EJD

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 12/1/17   CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: 12/1/17   COUNSELOR OF LAW

By: /s/Nancy M. Battel\_\_\_\_
    Nancy M. Battel
    Attorney for Defendants
    Hyun Kyo Park and Kyung Sook Park

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Nancy M. Battel, counsel for Hyun Kyo Park and Kyung Sook Park, and that I have obtained Ms. Battel's authorization to affix her electronic signature to this document.

Dated: 12/1/17                    CENTER FOR DISABILITY ACCESS

                                           By: /s/Phyl Grace
                                                  Phyl Grace
                                                  Attorneys for Plaintiff